DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HAKIM ELGHOMARI,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2093

[April 6, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas M. Lynch, V, Judge; L.T. Case No. 07-11420CF10A.

Hakim Elghomari, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and KUNTZ, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***